William O. LYMAN, b. n. f., William L. Lyman, Plaintiff-Appellee, v. The NATIONAL BREAD COMPANY, Defendant-Appellant.

No. 23.

Circuit Court of Appeals, Second Circuit.

Oct. 17, 1938.

Fenton, Wing & Morse, of Rutland, Vt., for appellant.

Jones & Jones, of Rutland, Va., for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

### T. R. MIDDLETON v. James L. WESTMORELAND.

No. 7683.

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1938.

Cleon K. Calvert, of Pineville, Ky., Chas. I. Dawson, of Louisville, Ky., J. B. Snyder, of Harlan, Ky., and Wm. Lewis, of London, Ky., for appellant.

T. C. Townsend, E. S. Bock, and Ben Moore, all of Charleston, W. Va., and Chas. R. Luker and Murray L. Brown, both of London, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Now comes the appellant, T. R. Middleton, in the above-entitled case, and moves the court to unconditionally dismiss from the docket of this court, settled, the above entitled case.

Whereupon it is ordered that said motion be and it is hereby sustained, and it is hereby ordered that said case be and it is hereby unconditionally dismissed from the docket of this court settled.

Lizzie MUSSELLMAN, Appellant, v. BANK OF WILLIAMSTOWN, Farmers' Bank of Corinth, Augusta B. Carlton, and L. M. Ackman, Appellees.

No. 7514.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1938.

C. C. Adams, of Williamstown, Ky., for appellant.

L. M. Ackman and R. L. Webb, both of Williamstown, Ky., for appellees.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

In an appeal, 25 F.Supp. 249, from an order dismissing a farmer debtor's petition filed under § 75(s) of the Bankruptcy Act, as amended, the Frazier-Lemke Act, 11 U.S.C.A. § 203(s), on the ground that it presents no feasible plan for the equitable adjustment of the amounts owing to creditors, and it being the conclusion of the court that there was no abuse of discretion in the entry of the order, it is hereby affirmed.